NUMBER 13-06-559-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 







COTU LIMITED PARTNERSHI
P AND

ALFIO PAULO PUGLISI, Appellants,


v.



ROBERT GRASER, Appellee.





On appeal from the 224th District Court


of Bexar County, Texas.






MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides
Memorandum Opinion Per Curiam

 

 Appellants, COTU LIMITED PARTNERSHIP AND ALFIO PAULO PUGLISI,
perfected an appeal from a judgment entered by the 224th District Court of Bexar
County, Texas, in cause number 2005-CI-11808. After the appeal was abated for
mediation, the parties filed a joint motion to dismiss the appeal. In the motion, the
parties state that an agreement to settle had been reached. The parties request that
this Court dismiss the appeal.

 The Court, having considered the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 24th day of May, 2007.